## Commonwealth ex rel. Traeger, Appellant, *v.* Ritting.

Argued September 17, 1965. Before Ervin, P. J., Wright, Watkins, Montgomery, Jacobs, and Hoffman, JJ. (Flood, J., absent).

*William F. Fox,* with him *Fox, Differ, DiGiacomo & Lowe,* for appellant.

*John P. Yatsko,* with him *Herman Weber, Jr.,* and *Fitzgerald & Yatsko,* for appellee.

OPINION PER CURIAM, October 15, 1965:
The order of the Court of Common Pleas of Montgomery County is affirmed on the opinion of Judge J. WILLIAM DITTER, JR., for the court below, reported at 37 Pa. D. & C. 2d 515.